**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-1945**

———————

LAWRENCE VERLINE WILDER,

Plaintiff - Appellant,

versus

DONNA E. SHALALA, SECRETARY OF HEALTH AND
HUMAN SERVICES,

Defendant - Appellee,

———————

**No. 97-2256**

———————

LAWRENCE VERLINE WILDER,

Plaintiff - Appellant,

versus

DONNA E. SHALALA, SECRETARY OF HEALTH AND
HUMAN SERVICES,

Defendant - Appellee.

———————

Appeals from the United States District Court for the District of Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CA-96-3472-S)

Submitted:  December 18, 1997          Decided:  January 6, 1998

Before WILKINS, NIEMEYER, and HAMILTON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lawrence Verline Wilder, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders dismissing Appellant's complaint alleging employment discrimination claims and denying Appellant's motion to vacate the district court's order dismissing his complaint. Appellant also appeals the district court's order denying his motion for recusal and granting his motion to proceed in forma pauperis. We have reviewed the records and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Wilder v. Shalala</u>, No. CA-96-3742-S (D. Md. July 14, 1997; July 28, 1997; July 30, 1997; Aug. 15, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

3